# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT  :
COUNCIL OF SOUTHERN OHIO &
VICINITY BENEFIT TRUST, *et al.*,  :

    Plaintiffs,  :

                                                    Case No. 3:10cv00029

vs.  :

                                                    District Judge Timothy S. Black
                                       :   Chief Magistrate Judge Sharon L. Ovington

AMERICAN BUILDERS, *et al.*,

                                              :

    Defendants.

## ORDER

Plaintiffs Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, *et al.* ("Plaintiffs") have filed a motion with this Court for the issuance of a writ of continuing garnishment in this case against Defendants American Builders, *et al.* Plaintiffs' Motion and Memorandum in Support claim that $109,790.46 remains outstanding on a June 17, 2010 Consent Judgment Entry, which has been registered in this case as Case Doc. #19. Plaintiffs believe that Defendant American Builders Design and Fabrication, LLC has funds due and owing from a certain general contractor, which are non-exempt interests subject to garnishment:

        Harp Contractors, Inc.
        201 E. Andrus Rd.
        Northwood, OH 43619

Accordingly, Plaintiffs' Motion is **GRANTED**. A Writ of Continuing Garnishment in the amount of $109,790.46 is hereby issued in favor of Plaintiffs and against Defendant American Builders Design and Fabrication, LLC for funds due and owing from the above general contractor. Plaintiffs shall prepare and file the appropriate Notices and Answers to accomplish the garnishment.

June 18, 2013

                  s/Sharon L. Ovington
                  Sharon L. Ovington
               Chief United States Magistrate Judge